UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 21cr2059-JLS |
| | ) |
| Plaintiff, | ) ORDER GRANTING |
| | ) UNOPPOSED MOTION TO |
| v. | ) CONTINUE MOTION HEARING |
| | ) AND TRIAL SETTING |
| LIZBETH GARCIA LORENZO, and | ) |
| JAZMINE PEREZ, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Unopposed Motion to Continue the Motion Hearing and Trial Setting scheduled for August 27, 2021, at 1:30 P.M., to October 1, at 1:30 P.M., is GRANTED.

The parties agree that the five weeks from August 27, 2021, to October 1, 2021, is excluded pursuant to 18 U.S.C. 3161(h)(1)(D).

IT IS ORDERED.

Dated:  August 13, 2021

Hon. Janis L. Sammartino
United States District Judge